# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARNELL M. CAMPBELL,** | : | **CIVIL NO. 3:17-CV-2057** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 17th day of January, 2019, upon consideration of Petitioner's motion (Doc. 16) seeking to vacate all criminal charges, and it appearing that there has been no determination that he is entitled to federal habeas corpus relief, it is hereby ORDERED that the motion (Doc. 16) is DENIED.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania